

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8097

| UNITED STATES OF AMERICA, | Magistrate Case No.: |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Jessica Arlet SILVA | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about 31, January 2008, within the Southern District of California, defendant Jessica Arlet SILVA did knowingly and intentionally import approximately 34.22 kilograms (75.28 pounds) of cocaine, a schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF FEBRUARY, 2008.

Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Jessica Arlet SILVA

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On January 31, 2008, at approximately 1115 hours, Customs and Border Protection Officer (CBPO) J. Stensgard was conducting primary inspectional duties on Lane #7, at the Calexico, California West Port of Entry (POE) when a 2003 Ford F150 pickup truck with California license plate number 8L94321 approached his terminal for inspection. The driver, sole occupant, and registered of the vehicle was identified as Jessica Arlet SILVA.

CBPO Stensgard observed in his terminal that the vehicle was a computer generated referral. CBPO Stensgard received a negative oral Customs declaration from SILVA. CBPO Stensgard asked SILVA if she was the registered owner of the vehicle, and she stated, "Yes". CBPO Stensgard escorted both SILVA and the vehicle to the secondary lot for an intensive inspection.

CBPO O. Hurtado was assigned duties in the vehicle secondary area when SILVA and vehicle were referred for inspection. CBPO Hurtado received a negative oral Customs declaration from SILVA. CBPO Hurtado requested Canine Enforcement Officer (CEO) C. Randolph to screen the vehicle with his Narcotics Human Detector Dog (NHDD). CEO Randolph informed CBPO Hurtado that his NHDD had alerted to the muffler of the vehicle.

CBPO Hurtado conducted an intensive inspection of the muffler of the vehicle. After further inspection, CBPO Hurtado discovered numerous duct taped packages within the muffler. CBPO Hurtado probed a package, and it produced a white powdery substance that field tested positive for cocaine. A total of thirty (30) packages of cocaine were extracted from the muffler. The total weight of the packages was 34.22 kilograms (75.28 pounds).

Special Agents (SA's) Chad Worgen and Brandon Wood responded to the Calexico West POE. SA Worgen placed SILVA under arrest for violation of 21 United States Code 952 and 960, Importation of a Controlled Substance. SILVA was read her Miranda rights, which she acknowledged and waived. SILVA admitted knowledge cocaine was to be concealed within the vehicle. SILVA stated that she knew it is illegal to import cocaine into the United States. SILVA stated the smuggling organization was to pay her $2,000.00 to drop the vehicle off at the Calexico, California Circle K gas station. SILVA was processed, booked, and transported to the Imperial County Jail.