**FILED**

FEB 2 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **08MJ8097** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINDINGS OF FACT AND** |
| | ) | **ORDER OF DETENTION** |
| Jessica Arlet SILVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In   accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on February 1, 2008, to determine whether defendant Jessica Arlet SILVA, should be held in custody pending trial on the grounds that she is a flight risk.  Assistant U. S. Attorney John F. Weis appeared on behalf of the United States.  Matthew Hagen of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services Officer, and the criminal complaint issued against the Defendant on February 1, 2008, by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the Defendant required.

///

///

///

I

## FINDINGS OF FACT

A.    Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(G)(1)

1.  The Defendant is charged in Criminal Complaint No. 08MJ8097 with the importation of 34.22 kilograms (75.28 pounds) of cocaine in violation of 21 U.S.C. § 952 and 960. Therefore, probable cause exists to believe the Defendant committed the charged offense.

2.    The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Uniform Controlled Substances Act (21 U.S.C.§ 801 et seq.). Thus, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. See 18 U.S.C. § 3142(e).

3.    The offense carries with it a minimum mandatory 10 year sentence and a maximum life sentence. See 21 U.S.C. § 960(b)(1)(B). According to the United States Sentencing Guidelines, the Base Offense level is 34. See USSG § 2D1.1(3). Assuming the Defendant's criminal history score places him in Criminal History Category I, See USSG § 4A1.1, the sentencing range for the Defendant is 151-188 months in prison.

B.    Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2):

1.    On January 31, 2008, Defendant was the driver, sole occupant, and registered owner of a 2003 Ford F-150 pickup as she entered the Calexico, California, West Port of Entry. Defendant and the vehicle were escorted to the vehicle secondary area. A Narcotic/Human Detector Dog alerted to the muffler of the vehicle. Further inspection of the vehicle resulted in the discovery of 34.22 kilograms (75.28 pounds) of cocaine in the muffler. Defendant admitted knowledge of the cocaine in the vehicle. Defendant stated the smuggling organization was to pay her $2,000.00 to drop the vehicle off at the Circle K Gas Station in Calexico, California.

C.    History and Characteristics of the Defendant (18 U.S.C. § 3142(G)(3):

1.    The Defendant is a United States citizen.

2.    The Defendant resides with her mother in Calexico, California.

///

///

2

1    D.    Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4):

2         1.    The government proffered no evidence to suggest that release of the Defendant

3    would pose a danger to any person or the community.

4                                            II

5                              REASONS FOR DETENTION

6    A.    There is probable cause to believe that the Defendant committed the offense charged in

7    Criminal Complaint Number 08MJ8097, to wit: the importation of 34.22 kilograms (75.28 pounds) of

8    cocaine in violation of 21 U.S.C. § 952 and 960. The Defendant has the following criminal history:

9              02/27/06 - Battery on Person - Handled informally and Defendant was released

10             12/20/07 - Speeding Ticket - Bail Forfeiture

11   B.    The Defendant faces a substantial period of time in custody if convicted of the offense

12   charged in the Complaint. She therefore has a strong motive to flee.

13   C.    The Defendant has not rebutted the presumption, based upon the Court's findings that

14   there is probable cause to believe that the Defendant committed an offense for which a maximum term

15   of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801

16   et seq.), that no condition or combination of conditions will reasonably assure the appearance of the

17   Defendant at future court proceedings.

18                                           III

19                                         ORDER

20   IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

21   IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney

22   General or his designated representative for confinement in a corrections facility separate, to the extent

23   practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The

24   Defendant shall be afforded reasonable opportunity for private consultation with counsel.

25   ///

26   ///

27   ///

28   ///

1   While in custody, upon order of a court of the United States or upon the request of an attorney

2   for the United States, the person in charge of the correctional facility shall deliver the Defendant to the

3   United States Marshal for the purpose of an appearance in connection with a court proceeding or any

4   other appearance stipulated to by defense and government counsel.

5       THIS ORDER IS ENTERED WITHOUT PREJUDICE.

6       IT IS SO ORDERED.

7       DATED: _____ 2-27-08 _____.

8

9                                          _____
                                           PETER C. LEWIS
10                                         UNITED STATES MAGISTRATE JUDGE

11  Prepared by:

12  KAREN P. HEWITT
    United States Attorney
13

14

15  John F. Weis
    Assistant U. S. Attorney
16

    cc:  Matthew Hagen of
17        Federal Defenders of San Diego, Inc.

18

19

20

21

22

23

24

25

26

27

28